NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LISA BROOKS CARLSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3155

---

Petition for review of the Merit Systems Protection Board in case no. DC0353100743-I-1.

---

## ON MOTION

---

## ORDER

The United States Postal Service moves to reform the official caption to designate the Merit Systems Protection Board as the respondent, and for an extension of time to file its response. The Postal Service states that Lisa Brooks Carlson opposes the extension of time.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when

the Board reaches the merits of the underlying case. We determine that the Board should be designated as the respondent.

Accordingly,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of this order.

FOR THE COURT

SEP 2 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lisa Brooks Carlson
    Vincent D. Phillips, Esq.
    Michael Carney, Esq. (Copy of Petitioner's Informal Brief Enclosed)

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2011

JAN HORBALY
CLERK